NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**CYBERSOURCE CORPORATION,**
*Plaintiff-Appellant,*

v.

**RETAIL DECISIONS, INC.,**
*Defendant-Appellee.*

---

2009-1358

---

Appeal from the United States District Court for the Northern District of California in case no. 04-CV-03268, Judge Marilyn H. Patel.

---

## ON MOTION

---

## ORDER

Upon consideration of CyberSource Corporation's unopposed request to lift the stay of the briefing schedule,

IT IS ORDERED THAT:

The motion is granted. The stay of the briefing schedule is lifted. The appellant's opening brief is due within 45 days of the date of filing of this order.

FOR THE COURT

OCT 2 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  J. Michael Jakes, Esq.
      Scott J. Bornstein, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2010

JAN HORBALY
CLERK